No. 851. CUNO ENGINEERING CORPORATION *v.* AUTOMATIC DEVICES CORPORATION. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question whether claims 2, 3, and 11, of the Mead patent No. 1,736,544 are valid. *Mr. Roberts B. Larson* for petitioner.

No. 826. UNITED STATES *v.* KALES. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. CHIEF JUSTICE HUGHES took no part in the consideration and decision of this application. *Solicitor General Biddle* for the United States. *Mr. Hal H. Smith* for respondent.

No. 827. ODOM ET AL. *v.* UNITED STATES. See *ante,* p. 544.